AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

Dale Miller

JUDGMENT IN A CIVIL CASE

v.

Dollar Tree Stores, Inc.

CASE NUMBER: CV-06-0019-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  The parties' Request for Entry of Summary Judgment is GRANTED. Judgment is entered in favor of the PLAINTIFF.

| | |
|---|---|
| 07/11/07 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |